United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40429
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOSE GUADALUPE SANTOS-HERNANDEZ,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:03-CR-892-ALL
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:*

       Appealing the Judgment in a Criminal Case, Jose Guadalupe

Santos-Hernandez concedes that the arguments raised are

foreclosed by circuit precedent but seeks to preserve them for

further review.  The Government has moved for summary affirmance

in lieu of filing an appellee's brief.  The motion is GRANTED,

and the judgment of the district court is AFFIRMED.

_____

       * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.